■ In the Matter of EDWARD M. GRUSHKO (Admitted as EDWARD MARVIN GRUSHKO), a Suspended Attorney. [762 NYS2d

493] —Petitioner reinstated as an attorney and counselor-at-law in the State of New York, nunc pro tunc, as indicated. No opinion. Concur—Nardelli, J.P., Tom, Sullivan, Rosenberger and Wallach, JJ.